No. 87–1163. AMERICAN FERMAC, INC., ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari dismissed under this Court's Rule 53.

No. 87–883. HONDA MOTOR CO., LTD., ET AL. v. CAMACHO ET UX. Sup. Ct. Colo. Certiorari dismissed under this Court's Rule 53.

No. 87–183. DUFF & PHELPS, INC., ET AL. v. JORDAN. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 53.

FEBRUARY 29, 1988

No. 87–828. SZABO FOOD SERVICE, INC., ET AL. v. CANTEEN CORP. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 53.

No. 87–747. DUFFY ET UX. v. CITY OF ARCADIA. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question.

No. 87–1179. WEIL ET AL. v. CHU ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.